

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00786-CV

**IN THE INTEREST OF P.M.M.K.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00915
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED April 8, 2020.

_____
Rebeca C. Martinez, Justice